**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MARCUS O. TAITE,** **# 180664,** | : | |
| **Plaintiff,** | : | |
| vs. | : | **CIVIL ACTION 23-00168-KD-MU** |
| **BRIANA WESTRY ROBINSON,** *et al.*, | : | |
| **Defendants.** | : | |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation

of the Magistrate Judge (doc. 2), it is ORDERED, ADJUDGED, and DECREED that this action

is DISMISSED without prejudice, pursuant to 28 U.S.C. § 1915(g).

DONE and ORDERED this 30th day of June 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE